NOVEMBER TERM, 1918. 271

*90 N. J. Eq.*     Inter. Radio Tel. Co. *v.* Marconi W. Tel. Co.

INTERNATIONAL RADIO TELEGRAPH COMPANY, respondent,

*v.*

MARCONI WIRELESS TELEGRAPH COMPANY OF AMERICA,
appellant.

[Decided February 6th, 1919.]

On appeal from a decree of the court of chancery advised by
Vice-Chancellor Lane, whose opinion is reported in *89 N. J.
Eq. 319.*

*Messrs. Lindabury, Depue & Faulks,* for the respondent.

*Messrs. Griggs & Harding,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons
stated in the opinion filed in the court below by Vice-Chancellor
Lane.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD,
PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEP-
PENHEIMER, WILLIAMS, GARDNER—12.

*For reversal*—None.